**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES GONZALES, | NO. C 03-04915 JW    PR |
|        Petitioner(s), | **ORDER GRANTING MOTION TO** |
|   v. | **AMEND TRAVERSE, MOTION TO** |
| | **INCORPORATE RECORD INTO** |
| WARDEN M.S. EVANS, | **TRAVERSE, MOTION TO CORRECT** |
| | **CAPTION, AND MOTION TO ADD** |
|        Respondent(s). | **CLAIM; DENYING MOTION TO** |
| _____/ | **PRODUCE EVIDENCE AND MOTION** |
| | **FOR EVIDENTIARY HEARING;** |
| | **DEEMING MOOT MOTIONS FOR** |
| | **RECUSAL** |

(docket nos. 64, 65, 69, 70, 73, 82, 83, 87)

Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition alleges that Petitioner was convicted by a jury in Santa Clara County Superior Court of two counts of threatening a public official, and was sentenced to fifty-nine years to life in prison. After pursuing a direct appeal and habeas relief in state court, Petitioner filed the instant federal habeas petition on November 4, 2003. Petitioner alleges the following claims for federal habeas relief: (1) the trial court's refusal to grant Petitioner a reasonable continuance for trial preparation and to obtain expert witnesses violated his Sixth Amendment rights to counsel and to trial; (2) the trial court's denial of Petitioner's motion for counsel violated his Sixth Amendment right to counsel;

Order re Miscellaneous Motions
N:\JW Cases\03\03-4915jw.ord.misc.wpd

**United States District Court**

For the Northern District of California

1  and (3) Petitioner was deprived of effective assistance of counsel on appeal.  The Court issued an

2  Order to Show Cause on February 4, 2005.  Presently before the Court are various motions filed by

3  Petitioner, each of which is addressed below.

4    1. Petitioner's motion to amend his traverse regarding issue number three (docket number

5  64) is GRANTED.  In addition, Petitioner's motion to submit a second revised traverse (docket

6  number 73) is GRANTED:  The Revised Traverse, which is docketed as number 71, is accepted.

7    2. Petitioner's motion for Respondent to produce evidence before new trial (docket number

8  65) is DENIED.  There is no legal basis for using the instant federal habeas proceeding as a means to

9  collect evidence for a new trial.

10    3. Petitioner's motion for an evidentiary hearing (docket number 69) is DENIED.  The Court

11  will advise the parties if it believes an evidentiary hearing is warranted.  Petitioner's motion to

12  incorporate the trial record (docket number 69 and 70) into Petitioner's traverse is GRANTED.

13  Petitioner's motion to correct case title to reflect the name of the current Warden at Salinas Valley

14  State Prison (docket number 69) is GRANTED: in all future filings, the Respondent shall be

15  identified as M. Evans, Warden.

16    4. Petitioner's motions for recusal (docket numbers 82 and 83) are DEEMED MOOT in light

17  of Petitioner's request to withdraw the motions (see docket number 87).

18    5. Petitioner's motion to amend his traverse to add a constitutional claim that there was

19  insufficient evidence to support his conviction (docket number 87) is GRANTED based upon

20  Petitioner's representation that it is not a new claim.  Respondent may file and serve a responsive

21  brief addressing the new claim, including whether the claim has been exhausted,  no later than thirty

22  days from the date this Order is file-stamped.

23  Dated: August 11, 2006

JAMES WARE
United States District Judge

28  Order re Miscellaneous Motions
N:\JW Cases\03\03-4915jw.ord.misc.wpd        2

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

3    James Otero Gonzales D-68831
     Salinas Valley State Prison
     P.O. Box 1030-A5-242
4    Soledad, Ca 93960

5    Gerald A. Engler
     Juliet B. Haley
6    Sharon R. Wooden
     Attorney General's Office
7    455 Golden Gate Avenue
     Suite 11000
8    San Francisco, CA 94102-7004

9

     **Dated: August 14, 2006**                    **Richard W. Wieking, Clerk**
10

11
                                                    **By:** _____
12                                                  **Albert "J" Younger**
                                                    **Courtroom Deputy**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Order re Miscellaneous Motions
     N:\JW Cases\03\03-4915jw.ord.misc.wpd